# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 31, 2010

Marilyn Kelly,
Chief Justice

139723

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BEVERLY HARSHAW, as Personal
Representative of the Estate of Deshon
Harshaw, Deceased,
          Plaintiff-Appellee,

v

SC: 139723
COA: 291980
Wayne CC: 07-727521-NZ

CLASSIC CONEY ISLAND,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 19, 2009 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 31, 2010

_____
Clerk

0324